IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JENNIFER L. FRY                                                    PLAINTIFF

              v.                        Civil No. 12-2163

MICHAEL J.  ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

## J U D G M E N T

   Now on this 4th day of June 2013, comes on for consideration

the Report and Recommendation dated May 8, 2013, by the Honorable

James R. Marschewski, Chief United States Magistrate Judge for the

Western District of Arkansas (doc. 10).  Fourteen (14) days have

passed without objections being filed by the parties.  The Court

has reviewed this case, and being well and sufficiently advised,

finds that the Report and Recommendation is proper and should be

adopted in its entirety.  Accordingly, the Court hereby adopts the

Report   and   Recommendation;   affirms   the   decision   of   the

Administrative Law Judge; and dismisses plaintiff's complaint with

prejudice.

     IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   HONORABLE ROBERT T. DAWSON
                                   UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)