```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

JENNIFER L. FRY                                          PLAINTIFF

       v.                Civil No. 12-2163

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

## **J U D G M E N T**

Now on this 4th day of June 2013, comes on for consideration the Report and Recommendation dated May 8, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas (doc. 10). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE